AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JAMES D. GRIEPSMA,

*Plaintiff*

v.

PA-C JO ELLA PHILLIPS, PA-C JENNIFER MEYERS, RN CARLEEN GRIMES, SUPERINTENDENT DONALD HOLBROOK, LIEUTENANT JAMIE TORRESCANO, C/O RYAN FARROW, C/O ROBERT SMITH, C/O DON ZARNT, C/O HEY GROGAN, C/O JUAN CORNEJO, C/O MICHAEL WALISER, C/O ALLEN DAHL, C/O WILLIAM RAILEY, and C/O JOHN DOE 1,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2021

SEAN F. McAVOY, CLERK

Civil Action No. 4:20-CV-5111-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Action is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON

Date: 04/26/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates